# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **RYNELL JEFFERSON #605401** | **CIVIL ACTION NO. 1:22-CV-01247 (P)** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LALA B SYLVESTER, ET AL** | **MAG. JUDGE PEREZMONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that the Magistrate Judge's ruling is correct, and that same is supported by the law and the record in this matter,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Rynell Jefferson's Complaint [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

**MONROE, LOUISIANA**, this 12th day of July 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**